[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-15034
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 20, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00027-CV-JTC-3

CASSANDRA HALL,
RODERICK CLEMENTS,

Plaintiffs-Counter-Defendants-
Appellants,

versus

STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY,

Defendant-Counter-Claimant-
Appellee.

ABC CORPORATION,
ABC COMPANY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 20, 2009)

Before BIRCH, HULL and FAY, Circuit Judges.

PER CURIAM:

This is an appeal from a ruling by the district court granting the motion of State Farm for a judgment as a matter of law on the claim by Hall for bad faith penalties and attorney's fees. This ruling was made during a jury trial involving losses resulting from the destruction of a residence by fire. The jury returned verdicts in favor of State Farm by virtue of its findings that Hall and her husband deliberately burned or procured the burning of their home, Hall had made fraudulent misrepresentations on her claims and that State Farm was entitled to recover some $102,449 it had paid to a mortgagee.

There is simply no merit in any of the contentions being made in this appeal.

AFFIRMED.